HILL, LEHNEN & DRISKILL,
Respondent,

v.

DOMMICK'S KOUNTRY KITCHENS,
INC., Appellant.

No. WD 35858.

Missouri Court of Appeals,
Western District.

Nov. 20, 1984.

Roy W. Brown, Brown & Brown, Kansas City, for appellant.

George Lehnen, III, Hill & Lehnen, Richmond, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Dommick's appeals from a judgment of $903.10, plus interest, for legal services performed by Hill, Lehnen and Driskill.

Judgment affirmed. Rule 84.16(b).